1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                        * * *
                                          )
9                                         )
    JAVIER JACINTO-LARA and GLORIA         )
10   SANCHEZ-DEJACINTO                      )            3:11-cv-0920-LRH-WGC
                                          )
11              Plaintiffs,                 )
                                          )
12   v.                                     )            ORDER
                                          )
13   US BANK, INC.; et al.,                 )
                                          )
14              Defendants.                 )
    _____)

15

16          Before the court is defendants' motion to dismiss. Doc. #4.[1] Plaintiffs Javier Jacinto-Lara

17   and Gloria Sanchez-Dejacinto (collectively "plaintiffs") did not file an opposition.

18          In February 2009, plaintiffs purchased real property through a mortgage note and deed of

19   trust. Plaintiffs defaulted on the property and defendants initiated non-judicial foreclosure

20   proceedings. Subsequently, plaintiffs filed a complaint against defendants. Doc. #1, Exhibit A.

21   Thereafter, defendants filed the present motion to dismiss to which plaintiffs did not respond.

22   Doc. #4.

23          While the failure of an opposing party to file points and authorities in response to any

24   motion shall constitute a consent to the granting of the motion under LR 7-2(d), plaintiffs' failure to

25

26
          [1] Refers to the court's docket number.

file an opposition, in and of itself, is an insufficient ground for dismissal. *See Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Before dismissing a case, a district court is required to weigh several factors: (1) the public's interest in the expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; 4) the public policy favoring disposition of cases on their merits; and (5) the availability of less dramatic sanctions. *Id*.

Here, these factors weigh in favor of dismissal. The need for the expeditious resolution of cases on the court's docket is strong. Defendants have an interest in resolving this matter in a timely manner. Further, there is a lack of prejudice to the plaintiffs because they have shown an unwillingness to continue litigating their complaint which weighs in favor of granting the motion. Additionally, although public policy favors a resolution on the merits, the court finds that dismissal is warranted in light of these other considerations.

IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #4) is GRANTED. Plaintiffs' complaint (Doc. #1, Exhibit A) is DISMISSED in its entirety.

IT IS SO ORDERED.

DATED this 17th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE